# Order

Michigan Supreme Court
Lansing, Michigan

September 29, 2010

Marilyn Kelly,
Chief Justice

140808

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PAUL G. GREEN II, as Personal
Representative of the Estate of PAUL
GERALD GREEN, Deceased,
    Plaintiff-Appellant,

v

SC: 140808
COA: 289588
Berrien CC: 2004-003044-NH

CHARLES PIERSON, M.D., BARBARA
CARLSON, M.D., SOUTHWESTERN
MEDICAL CLINIC, P.C., RICHARD
KAMMENZIND, M.D., THOMAS POW,
M.D., GREAT LAKES HEART & VASCULAR
INSTITUTE, P.C., and LAKELAND
MEDICAL CENTER ST. JOSEPH,
    Defendants-Appellees,

and

HEALTHCARE MIDWEST INTERNAL
MEDICINE,
    Defendant.
_____/

   On order of the Court, the application for leave to appeal the February 9, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether MCL 600.2301 applies to cases initiated before the amendment of MCL 600.5856 in 2004 and whether the plaintiff in this case should have been allowed to amend his notice of intent. The parties should not submit mere restatements of their application papers.

   The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2010

Clerk

d0922